UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

B.D.,

                                    Petitioner,

v.

TODD BLANCHE, Acting Attorney General of the United States, Department of Justice; MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; PATRICK DIVVER, Field Office Director of the San Diego Immigration and Customs Enforcement Office; JORGE VELARDE, Assistant Field Office Director of the Immigration and Customs Enforcement, Otay Mesa Detention Center; CHRISTOPHER J. LAROSE; Senior Warden, Otay Mesa Detention Center,

                                    Respondents.

Case No.: 3:26-cv-03873-LEK-DDL

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner B.D.[1] ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody Under 28 U.S.C. § 2241 and Order to Show Cause ("Petition") on July 6, 2026. [Dkt. no. 1.] On July 17, 2026, this Court issued an order

_____

[1] On July 10, 2026, the Court issued an order granting Petitioner leave to proceed under pseudonym. [Dkt. no. 5.]

granting the Petition in part and denying it in part ("7/17 Order"). [Dkt. no. 8.] The 7/17 Order directed the respondents, identified in the Petition as Todd Blanche, Acting Attorney General of the United States, Department of Justice; Markwayne Mullin, Secretary of Homeland Security; Todd Lyons, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; Patrick Divver, Field Office Director of the San Diego Immigration and Customs Enforcement Office; Jorge Velarde, Assistant Field Office Director of the Immigration and Customs Enforcement, Otay Mesa Detention Center; and Christopher J. LaRose; Senior Warden, Otay Mesa Detention Center ("Respondents"), to provide Petitioner with an individualized bond hearing consistent with the terms of the 7/17 Order within seven days. [Id. at 3-4.]

On July 29, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 10.] The parties report that Petitioner's bond hearing was held on July 23, 2026 and that Petitioner was granted release under bond, subject to conditions. [Id. at 1.]

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 7/17 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 31, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**B.D. VS. TODD BLANCHE, ETC., ET AL.; 3:26-cv-03873 LEK-DDL; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

3:26-cv-03873-LEK-DDL