# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B.D.<br><br>**Plaintiff,**<br>**V.**<br>see attached<br><br>**Defendant.** | **Civil Action No.** 26-cv-03873-LEK-DDL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is hereby entered in favor of Petitioner.

**Date:** 7/31/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle
S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-3873-LEK-DDL

TODD BLANCHE, Acting Attorney General of the United States, Department of Justice; MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; PATRICK DIVVER, Field Office Director of the San Diego Immigration and Customs Enforcement Office; JORGE VELARDE, Assistant Field Office Director of the Immigration and Customs Enforcement, Otay Mesa Detention Center; CHRISTOPHER J. LAROSE; Senior Warden, Otay Mesa Detention Center,

Respondents